**CITY OF NEW RICHLAND, Plaintiff,**

v.

**James S. VanENGELENBURG,
Defendant.**

No. C8–95–588.

Supreme Court of Minnesota.

Feb. 5, 1996.

BY THE COURT:

/s/ Alexander M. Keith
        Chief Justice

**STATE of Minnesota, Respondent,**

v.

**Fidel BUENO, Appellant.**

No. C4–95–345.

Supreme Court of Minnesota.

Feb. 13, 1996.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals filed October 24, 1995, answering a question certified by the district court as important and doubtful is affirmed. The district court granted VanEngelenburg's motion to dismiss the criminal prosecution on double jeopardy grounds but certified the double jeopardy question to the court of appeals. The court of appeals answered the question in the negative and reversed the order dismissing the prosecution. VanEngelenburg's double jeopardy argument is answered by our decision in *State v. Hanson*, 543 N.W.2d 84 (Minn.1996). The decision of the court of appeals is affirmed.

*ORDER*

Based upon all the files, records and proceedings herein,